IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FREDDY MONTAÑO**,

    Plaintiff,

v.                                          **No. 11cv706 RB/KBM**

**WAGNER EQUIPMENT CORP.;**
**STATE OF NEW MEXICO**,

    Defendants.

## FINAL JUDGMENT

Having dismissed the Complaint in this case by a Memorandum Opinion and Order entered contemporaneously with this Final Judgment,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this case is **DISMISSED WITHOUT PREJUDICE**.

_____
**ROBERT C. BRACK**
**UNITED STATES DISTRICT JUDGE**